# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Gevara
a/k/a Jorge Galeas

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:10-cv-454

Betty Inpold ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2012 Order.

Signed: February 28, 2012

Frank G. Johns, Clerk
United States District Court